DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



**FILED**

SEP 0 9 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   PAULINE VASQUEZ

Chapter 13
Case No. 09-1-2699 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $8.71 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 005 | SPIRIT OF AMERICA NTL BANK<br>PO BOX 856021<br>LOUISVILLE, KY 40285 | $8.71 |

Dated:   September 7, 2011

_____
CECILIA MARCELO
Receipts Administrator